Michael L. Greenwald (*pro hac vice*)
Greenwald Davidson PLLC
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Tel: 561-826-5477
Fax: 561-961-5684
mgreenwald@mgjdlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JOANNA F. MAVRIS, On Behalf of Herself and Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> RSI ENTERPRISES, INC., an Arizona Corporation, <br><br> Defendant. <br> _____ | Case No. CV-14-01058-PHX-NVW <br><br><br><br> **Plaintiff's Rule 26(a)(3) Pretrial Disclosures** |

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and the Court's Scheduling Order, Doc. 28, Joanna F. Mavris ("Plaintiff") hereby submits her Rule 26(a)(3) pretrial disclosures.

**(i)     Persons that Plaintiff currently expects to call to testify at trial:**

1.   Joanna F. Mavris
     c/o Greenwald Davidson PLLC
     5550 Glades Road, Suite 500
     Boca Raton, FL  33431
     (561) 826-5477

2.   Lynne Wisehart

       RSI Enterprises, Inc.
       c/o Carlson & Messer LLP
       5959 W. Century Blvd., Suite 1214
       Los Angeles, CA  90045
       (561) 750-3000

3.    Ryan McMullen
       RSI Enterprises, Inc.
       c/o Carlson & Messer LLP
       5959 W. Century Blvd., Suite 1214
       Los Angeles, CA  90045

4.    Reina Anderson
       RSI Enterprises, Inc.
       c/o Carlson & Messer LLP
       5959 W. Century Blvd., Suite 1214
       Los Angeles, CA  90045

5.    Gayle Hawkins
       RSI Enterprises, Inc.
       c/o Carlson & Messer LLP
       5959 W. Century Blvd., Suite 1214
       Los Angeles, CA  90045

6.    Karen Cheek
       Scottsdale Healthcare

7.    Nancy Harris
       Scottsdale Healthcare

8.    Scottsdale Healthcare
       Records Custodian

Plaintiff reserves the right to supplement the above witness list after the conclusion of class certification discovery.

**(ii)    Persons whose testimony Plaintiff may present by deposition:**

At present, Plaintiff does not anticipate presenting testimony by deposition. However, Plaintiff reserves the right to supplement this information after the conclusion of class certification discovery.

**(iii)    Documents Plaintiff anticipates offering, or which it may offer, at trial:**

| Document | BATES # | SUMMARY OF DOCUMENT |
|---|---|---|
| 1 | RSI 00001-RSI 00013 | Plaintiff's account notes. |
| 2 | N/A | Email correspondence between Karen Cheek and Reyna Anderson, dated June 12, 2014, June 13, 2014, and June 23, 2014. |
| 3 | RSI 00056, Mavris 0001, Mavris 0013-14, Mavris 0017-18, Mavris 0019-20, Mavris 0011-12 | Correspondence sent by Scottsdale Health/RSI to Plaintiff. |
| 4 | RSI 00090 | RSI's pre-collect proposal to Scottsdale Health. |
| 5 | RSI 00089 | Collection flowchart for Day 0-120. |
| 6 | N/A | RSI's web site, http://www.risco.com/services/healthcare-receivables/ |
| 7 | N/A | Scottsdale Health's Patient Financial Responsibility Statement, Form 57. |
| 8 | N/A | Scottsdale Healthcare Medical Group Financial Policy, Form 53. |

| 9 | N/A | Scottsdale Healthcare Collection Process Policy & Procedure, March 24, 2011. |
| 10 | RSI 00072-88 | FDCPA training materials. |

Plaintiff reserves the right to supplement this exhibit list after the close of class certification discovery. In addition, Plaintiff incorporates those documents listed in Defendant's pre-trial disclosures. Plaintiff also reserves the right to utilize any demonstrative exhibits at trial.

Respectfully submitted this 17th day of October, 2014.

> By: *s/Michael L. Greenwald*
> Michael L. Greenwald (*pro hac vice*)
> GREENWALD DAVIDSON PLLC
> 5550 Glades Road, Suite 500
> Boca Raton, FL 33431
> Tel: 561.826.5477
> Fax: 561.961.5684
> mgreenwald@mgjdlaw.com
>
> Attorneys for Plaintiff

4

# **CERTIFICATE OF SERVICE**

I certify that on October 17, 2014 the foregoing document was filed with the Court using CM/ECF, which will send notification to all parties of record:

Charles R. Messer
David J. Kaminski
Keith A. Yeomans
Carlson & Messer LLP
5959 W. Century Blvd., Suite 1214
Los Angeles, CA  90045
MesserC@cmtlaw.com
KaminskiD@cmtlaw.com
YeomansK@cmtlaw.com

Attorneys for Defendant

/s/Michael L. Greenwald
Michael L. Greenwald