1 | Charles R. Messer
MesserC@cmtlaw.com
2 | David J. Kaminski
KaminskiD@cmtlaw.com
3 | Keith A. Yeomans
YeomansK@cmtlaw.com
4 | **CARLSON & MESSER LLP**
5959 West Century Blvd., Suite 1214
5 | Los Angeles, California 90045
t: (310) 242-2200
6 | f: (310) 242-2222

7 | *Attorneys for Defendant*
*RSI Enterprises, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **Joanna F. Mavris**, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**RSI Enterprises, Inc.**, an Arizona corporation<br><br>Defendant. | Case no. 2:14-cv-01058-NVW<br><br>CLASS ACTION<br><br>**DEFENDANT RSI ENTERPRISES, INC.'S OBJECTIONS TO PLAINTIFF JOANNA F. MAVRIS' PRE-TRIAL DISCLOSURES** |

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(B), Defendant RSI Enterprises, Inc. hereby objects to Plaintiff Joanna F. Mavris's Pre-Trial Disclosures. All of the documents Plaintiff anticipates offering into evidence at trial lack a proper foundation and constitute inadmissible hearsay. Moreover, Defendant generally objects to the timing of Plaintiff's pre-trial disclosures inasmuch as no trial date has been set in this case.

\\\

\\\

{00023330;1}

1

Dated October 20, 2014,                    **CARLSON & MESSER LLP**


          /s/ Keith A. Yeomans

Charles R. Messer
David J. Kaminski
Keith A. Yeomans

*Attorneys for Defendant*
*RSI Enterprises, Inc.*

{00023330;1}

2

## CERTIFICATE OF SERVICE AND CONSENT TO E-SIGN

I hereby certify that on **October 20, 2014**, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael L. Greenwald
Greenwald Davidson PLLC
5550 Glades Road, Suite 500
Boca Raton, FL 33431
mgreenwald@mgjdlaw.com
t: (561) 826-5477
f: (561) 961-5684

By: _____/s/ Keith A. Yeomans_____
Keith A. Yeomans

*Attorneys for Defendant*
*RSI Enterprises, Inc.*

{00023330;1}

3