Charles R. Messer (*Appearing Pro Hac Vice*)
MesserC@cmtlaw.com
David J. Kaminski (*Appearing Pro Hac Vice*)
KaminskiD@cmtlaw.com
Keith A. Yeomans (*Appearing Pro Hac Vice*)
YeomansK@cmtlaw.com
**CARLSON & MESSER LLP**
5959 West Century Blvd., Suite 1214
Los Angeles, California 90045
t: (310) 242-2200
f: (310) 242-2222

*Attorneys for Defendant*
*RSI Enterprises, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **Joanna F. Mavris**, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**RSI Enterprises, Inc.**, an Arizona corporation<br><br>Defendant. | Case no. 2:14-cv-01058-NVW<br><br>CLASS ACTION<br><br>**DEFENDANT RSI ENTERPRISES, INC.'S PRE-TRIAL DISCLOSURES (FRCP 26(a)(3))** |

**TO THE COURT, PARTIES AND THEIR COUNSEL OF RECORD:**

Defendant RSI Enterprises, Inc., through its counsel of record, submits the following pre-trial disclosures, as required by Federal Rule of Civil Procedure 26(a)(3) and this Court's Order dated August 15, 2014.

**I.    PRELIMINARY STATEMENT**

These disclosures are based upon the facts and information presently known and available to Defendant and are further based upon Defendant's understanding of Plaintiff's claims herein.  Defendant reserves the right to change or supplement these disclosures as additional facts or claims are added,

{00023442;1}

1

discovered, revealed, recalled, or otherwise ascertained, and as further analysis and research disclose additional facts, contentions, or legal theories which may well apply.

## II. DEFENDANT'S RIGHT TO OBJECT

Nothing disclosed herein amounts to a waiver of Defendants right to object to the disclosure of information to the extent the information is prejudicial, private, confidential, privileged or protected from disclosure by any constitutional, statutory, or common law privilege, protection, or limitation.

## III. PRETRIAL DISCLOSURES

**A. The name and, if not previously provided, the address and telephone number of each witness--separately identifying those the party expects to present and those it may call if the need arises.**

1. Joanna Mavris
   c/o Michael L. Greenwald
   Greenwald Davidson PLLC
   5550 Glades Road, Suite 500
   Boca Raton, FL 33431
   t: (561) 826-5477

2. Lynne Wisehart
   c/o Keith A. Yeomans
   CARLSON & MESSER LLP
   5959 West Century Blvd., Suite 1214
   Los Angeles, California 90045
   t: (310) 242-2200

3. Ryan McMullen
   c/o Keith A. Yeomans
   CARLSON & MESSER LLP
   5959 West Century Blvd., Suite 1214
   Los Angeles, California 90045
   t: (310) 242-2200

4. Reina Anderson
   c/o Keith A. Yeomans
   CARLSON & MESSER LLP
   5959 West Century Blvd., Suite 1214
   Los Angeles, California 90045
   t: (310) 242-2200

{00023442;1}

5. Chris Ulrich
c/o Keith A. Yeomans
CARLSON & MESSER LLP
5959 West Century Blvd., Suite 1214
Los Angeles, California 90045
t: (310) 242-2200

6. Tim Kasovac
c/o Keith A. Yeomans
CARLSON & MESSER LLP
5959 West Century Blvd., Suite 1214
Los Angeles, California 90045
t: (310) 242-2200

7. Karen Cheek
Scottsdale Healthcare
[*Address unknown*]
t: (480) 882-4786

8. Elizabeth J. Farhart
Scottsdale Lincoln Health Network
8125 N. Hayden Road
Scottsdale, AZ 85258
t: (480) 882-4525

9. Nancy Harris
Scottsdale Healthcare
[*Address unknown*]
[*Phone unknown*]

10. Katherine Young
Scottsdale Healthcare
[*Address unknown*]
t: (480) 882-4183

11. Jerry Byrd
Scottsdale Healthcare
7400 East Osborn Road
Scottsdale, AZ 85251
t: (480) 882-4000

12. Unknown representatives of Scottsdale Healthcare
[*Address unknown*]
[*Phone unknown*]

**B.     The designation of those witnesses whose testimony the party expects to present by deposition and, if not taken stenographically, a transcript of the pertinent parts of the deposition.**

Defendant does not presently intend to present any testimony by deposition, except for impeachment purposes.

{00023442;1}

3

**C.     Identification of each document or other exhibit, including summaries of other evidence--separately identifying those items the party expects to offer and those it may offer if the need arises.**

| BATES NO. | DESCRIPTION |
| --- | --- |
| RSI 00001-52 | RSI Enterprises' account notes for Plaintiff |
| RSI 00053-55 | RSI Enterprises' letter template for response to request for Financial Assistance application for Scottsdale Healthcare |
| RSI 00056 | Letter from Scottsdale Healthcare to Plaintiff dated April 22, 2013 |
| RSI 00057-88 | FDCPA compliance related materials |
| RSI 00089 | RSI Enterprises' pre-collection flowchart for Scottsdale Healthcare |
| RSI 00090 | Scottsdale Healthcare Pre-Collect Proposal |
| RSI 00091 | RSI Enterprises data retention/destruction related materials |
| RSI 00092-96 | Scottsdale Healthcare's Request for Proposal re Early Out Self Pay Collection Services |
| RSI 00097-114 | Excerpts from RSI Enterprises response to Scottsdale Healthcare's Request for Proposal re Early Out Self Pay Collection Services |
| Mavris0001 | Correspondence from Scottsdale Healthcare to Plaintiff dated May 10, 2013 |
| Mavris0013-14 | Correspondence from RSI Enterprises to Plaintiff dated May 23, 2013 |
| Mavris0017-18 | Correspondence from RSI Enterprises to Plaintiff dated June 20, 2013 |
| Mavris0019-20 | Correspondence from RSI Enterprises to Plaintiff dated July 18, 2013 |
| Mavris0011-12 | Correspondence from RSI Enterprises to Plaintiff dated August 15, 2013 |

{00023442;1}

| | |
|---|---|
| N/A | E-mail chain from Karen Cheek to Elizabeth Farhart dated June 23, 2013 |
| N/A | Scottsdale Healthcare's Collections Process Policy and Procedure dated March 24, 2011 |
| N/A | Financial Agreement and Conditions of Admission between Plaintiff and Scottsdale Healthcare |
| N/A | Plaintiff's Application for Financial Assistance through Scottsdale Healthcare |
| N/A | Plaintiff's Application for AHCCCS through Scottsdale Healthcare |
| N/A | Copies of Plaintiff's credit report |
| N/A | Plaintiff's Responses to Defendant's First Set of Interrogatories |
| N/A | Plaintiff's Responses to Defendant's First Set of Requests for Production |

Dated October 22, 2014,                    **CARLSON & MESSER LLP**


                                    /s/ Keith A. Yeomans

                                    Charles R. Messer
                                    David J. Kaminski
                                    Keith A. Yeomans

                                    *Attorneys for Defendant*
                                    *RSI Enterprises, Inc.*

{00023442;1}

5

# CERTIFICATE OF SERVICE AND CONSENT TO E-SIGN

I hereby certify that on **October 22, 2014**, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael L. Greenwald
Greenwald Davidson PLLC
5550 Glades Road, Suite 500
Boca Raton, FL 33431
mgreenwald@mgjdlaw.com
t: (561) 826-5477
f: (561) 961-5684

By:  /s/ Keith A. Yeomans

Keith A. Yeomans

*Attorneys for Defendant*
*RSI Enterprises, Inc.*

{00023442;1}