IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joanna F. Mavris,<br><br>                Plaintiff,<br><br>v.<br><br>RSI Enterprises Incorporated,<br><br>                Defendant. | No. CV-14-01058-PHX-NVW<br><br>**ORDER** |

        The Court previously entered an Order (Doc. 52) denying Defendant's Motion for Summary Judgment, or Alternatively, Summary Adjudication (Doc. 41).  At the time it entered that Order, the Court erroneously believed the time for Defendant to file a reply to Plaintiff's Response (Doc. 49) had lapsed.  In fact, Defendant's Reply (Doc. 53), submitted on January 16, 2015, was timely.  *See* Doc. 28 at 4.  For that reason, the Court will vacate its January 16, 2015 Order and resolve Defendant's Motion after considering the evidence and argument contained in the Reply.

        IT IS THEREFORE ORDERED that the Court's January 16, 2015 Order (Doc. 52) is vacated.

        Dated this 20th day of January, 2015.

                                                          Neil V. Wake<br>
                                                          United States District Judge